UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MANUEL LIM,<br><br>                     Plaintiff,<br><br>     v.<br><br>LIBERTY MUTUAL INSURANCE CO. et al.,<br><br>                     Defendants. | CASE NO. C20-119 MJP<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND;<br><br>DENYING MOTION FOR LEAVE TO AMEND |

THIS MATTER comes before the Court on the Parties' Stipulated Motion for Remand and for Leave to Amend. (Dkt. No. 11.) Having reviewed the Motion and all related papers, the Court GRANTS the Motion for Remand and DENIES the Motion for Leave to Amend. This case is hereby remanded to King County Superior Court, Case No. 19-2-30090-6 KNT. All hearings and other deadlines are stricken, and the clerk is directed to close this case.

//

//

The clerk is ordered to provide copies of this order to all counsel and to the King County Superior Court.

Dated March 11, 2020.

*[signature]*

Marsha J. Pechman
United States District Judge

DENYING MOTION FOR LEAVE TO AMEND - 2